## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>          Plaintiff,<br><br>     -against-<br><br>INFOGRAMES ENTERTAINMENT, S.A.<br>a/k/a ATARI, S.A.,<br><br>          Defendant. | C.A. No. 09 Civ. 610 (S) (LDA) |

### RULE 37 CERTIFICATION IN SUPPORT OF HASBRO, INC.'S MOTION TO COMPEL DEFENDANT ATARI, S.A. TO PRODUCE A RULE 30(b)(6) WITNESS TO TESTIFY REGARDING ALL TOPICS CONTAINED IN HASBRO'S 30(b)(6) NOTICE OF TAKING DEPOSITION

Counsel for the movant hereby certifies that they have, in good faith, attempted to confer with counsel for the Defendants failing to make the discovery, in an effort to secure the information or material without Court action.

Dated:  December 23, 2010          HASBRO, INC.
                                   By its Attorneys,


                                   */s/ Todd D. White*_____
                                   Todd D. White

Robert M. Schwartz (*pro hac vice*)        John A. Tarantino, Esq. (#2586)
rschwartz@omm.com                          jtarantino@apslaw.com
Matthew T. Kline (*pro hac vice*)          Todd D. White, Esq. (#5943)
mkline@omm.com                             twhite@apslaw.com
James Bo Pearl (*pro hac vice*)            ADLER POLLOCK & SHEEHAN P.C.
jpearl@omm.com                             One Citizens Plaza, 8th Floor
Drew E. Breuder (*pro hac vice*)           Providence, RI  02903-1345
dbreuder@omm.com                           Tel:   (401) 274-7200
O'MELVENY & MYERS LLP                      Fax:   (401) 351-4607
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-6035
Tel:   (310) 553-6700
Fax:   (310) 246-6779

CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of December 2010, the within document was served upon the following counsel of record via electronic mail and United States First Class Mail:

    Brooks R. Magratten, Esq.
    bmagratten@pierceatwood.com
    Michael J. Daly, Esq.
    mdaly@pierceatwood.com
    Pierce Atwood LLP
    10 Weybosset Street, Suite 400
    Providence, RI  02903

    Kyle C. Bisceglie, Esq.
    Kbisceglie@olshanlaw.com
    Herbert C. Ross, Esq.
    hross@olshanlaw.com
    Peter M. Sartorius
    psartorius@olshanlaw.com
    Olshan Grundman Frome Rosenzweig & Wolosky LLP
    Park Avenue Tower
    65 East 55th Street
    New York, NY  10022

                                                 */s/ Todd D. White*
                                                 Todd D. White