## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., <br><br> Plaintiff, <br><br> -against- <br><br> INFOGRAMES ENTERTAINMENT, S.A. a/k/a ATARI, S.A., <br><br> Defendant. | C.A. No. 09 Civ. 610 (S) (LDA) |

### PLAINTIFF HASBRO, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiff Hasbro, Inc. ("Hasbro") hereby moves pursuant to Rule 37 of the Federal Rules of Civil Procedure ("F.R.C.P.") and District of Rhode Island Civil Local Rule 37 to compel defendants Atari, S.A., Atari Interactive, Inc., and Atari, Inc. (collectively, "Atari") to produce documents in response to Hasbro's First Request for the Production of Documents. Although Hasbro has attempted to meet and confer in good faith with Atari on each disputed request, the parties have reached an impasse on certain requests, forcing Hasbro to seek the Court's intervention under F.R.C.P. Rule 37(a). *See* Declaration of James M. Pearl ("Pearl Declaration") at ¶¶ 4-6, Exs. 3-5 (filed concurrently herewith). In support of its Motion, Hasbro relies upon the concurrently-filed Memorandum of Points and Authorities and supporting Pearl Declaration.


Dated: December 23, 2010  HASBRO, INC.
By its Attorneys,

*/s/ Todd D. White* _____
Todd D. White

| | |
|---|---|
| Robert M. Schwartz (*pro hac vice*) | John A. Tarantino, Esq. (#2586) |
| rschwartz@omm.com | jtarantino@apslaw.com |
| Matthew T. Kline (*pro hac vice*) | Todd D. White, Esq. (#5943) |
| mkline@omm.com | twhite@apslaw.com |
| James Bo Pearl (*pro hac vice*) | ADLER POLLOCK & SHEEHAN P.C. |
| jpearl@omm.com | One Citizens Plaza, 8th Floor |
| Drew E. Breuder (*pro hac vice*) | Providence, RI 02903-1345 |
| dbreuder@omm.com | Tel: (401) 274-7200 |
| O'MELVENY & MYERS LLP | Fax: (401) 351-4607 |
| 1999 Avenue of the Stars, Seventh Floor | |
| Los Angeles, California 90067-6035 | |
| Tel: (310) 553-6700 | |
| Fax: (310) 246-6779 | |

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on the 23rd day of December 2010, the within document was served upon the following counsel of record via electronic mail and United States First Class Mail:

 Brooks R. Magratten, Esq.
 bmagratten@pierceatwood.com
 Michael J. Daly, Esq.
 mdaly@pierceatwood.com
 Pierce Atwood LLP
 10 Weybosset Street, Suite 400
 Providence, RI  02903

 Kyle C. Bisceglie, Esq.
 Kbisceglie@olshanlaw.com
 Herbert C. Ross, Esq.
 hross@olshanlaw.com
 Peter M. Sartorius
 psartorius@olshanlaw.com
 Olshan Grundman Frome Rosenzweig & Wolosky LLP
 Park Avenue Tower
 65 East 55th Street
 New York, NY  10022

           */s/ Todd D. White*
           Todd D. White