## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFOGRAMES ENTERTAINMENT, S.A. a/k/a ATARI, S.A., <br><br> Defendant. | C.A. No. 09-610/S |

## **STIPULATION**

Plaintiff and Defendant agree that:

1. The deadline for Defendant to move to seal Plaintiff's Proposed Second Amended Complaint is extended to January 14, 2011; and

2. The deadline for Defendant to oppose "Hasbro's Motion To Compel Defendant Atari, S.A. To Produce A Rule 30(b)(6) Witness To Testify Regarding All Topics Contained In Hasbro's 30(b)(6) Notice of Taking Deposition" [Docket # 55] is extended to January 17, 2011.

{W2138350.1}

| | |
|---|---|
| HASBRO, Inc.<br>By its Attorneys,<br>. | INFOGRAMES ENTERTAINMENT, S.A.<br>a/k/a ATARI, S.A.<br>By its Attorneys, |
| /s/ John A. Tarantino<br>John A. Tarantino<br>John A. Tarantino, Esq. (#2586)<br>Todd White, Esq. (#5943)<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-1345<br>(401) 274-7200 [Tel.]<br>(401) 351-4607 [Fax]<br>jtarantino@apslaw.com<br>twhite@apslaw.com | */s/ Brooks R. Magratten*<br>Brooks R. Magratten<br>Brooks R. Magratten, Esq. (#3585)<br>Michael J. Daly, Esq. (#6729)<br>Pierce Atwood LLP<br>10 Weybosset Street, Suite 400<br>Providence, RI 02903<br>(401) 588-5113 [Tel.]<br>(401) 588-5166 [Fax]<br>bmagratten@pierceatwood.com<br>mdaly@pierceatwood.com |
| Robert M. Schwartz (pro hac vice)<br>Matthew T. Kline (pro hac vice)<br>James Bo Pearl (pro hac vice)<br>Drew E. Breuder (pro hac vice)<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, Seventh Floor<br>Los Angeles, California 90067-6035<br>(310) 553-6700 [Tel.]<br>(310) 246-6779 [Fax]<br>rschwartz@omm.com<br>mkline@omm.com<br>jpearl@omm.com<br>dbreuder@omm.com | Kyle C. Bisceglie, Esq. (*pro hac vice*)<br>Herbert C. Ross, Esq. (*pro hac vice*)<br>Peter M. Sartorius<br>Olshan Grundman Frome Rosenzweig &<br>Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, NY 10022<br>(212) 451-2300 [Tel.]<br>Kbisceglie@olshanlaw.com<br>hross@olshanlaw.com<br>psartorius@olshanlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2011, the within document was filed electronically. Service upon counsel of record will be made by EMC / CF.

/s/ Brooks R. Magratten