UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>         Plaintiff,<br><br>  -against-<br><br>INFOGRAMES ENTERTAINMENT, S.A.,<br>a/k/a ATARI, S.A.,<br><br>         Defendant. | C.A. No. 09-610/S |

**DEFENDANT'S MOTION TO RESCHEDULE
HEARING ON DISCOVERY MOTIONS AND
<u>MOTION TO SEAL</u>**

  Defendant Infogrames Entertainment, S.A., a/k/a Atari, S.A. ("Atari") moves to reschedule the February 17, 2011 hearing on Plaintiff Hasbro's motions to compel and Atari's motion to seal to February 28, 2011.  Atari files herewith a supporting memorandum.

  Atari has conferred with counsel for Hasbro.  Hasbro refuses to agree to this motion.

            INFOGRAMES ENTERTAINMENT, S.A.

            a/k/a ATARI, S.A.
            By its Attorneys,

            <u>/s/ Brooks R. Magratten</u>
            Brooks R. Magratten, Esq., # 3585
            Michael J. Daly, Esq. # 6729
            PIERCE ATWOOD LLP
            10 Weybosset St., Suite 400
            Providence, RI 02903
            (401) 588-5113 [Tel.]
            (401) 588-5166 [Fax]
            bmagratten@pierceatwood.com
            mdaly@pierceatwood.com

{W2165854.1} 1

948377-5

948377-5

        Kyle Bisceglie, Esq. (pro hac vice)
        Herbert C. Ross, Esq. (pro hac vice)
        Peter M. Sartorius
        OLSHAN GRUNDMAN FROME ROSENZWEIG
        & WOLOSKY LLP
        Park Ave Tower
        65 East 55th Street
        New York, New York 10022
        (212) 451-2300 [Tel.]
        kbisceglie@olshanlaw.com
        hross@olshanlaw.com
        psartorius@olshanlaw.com

Date: January 26, 2011

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>                        Plaintiff,<br><br>-against-<br><br>INFOGRAMES ENTERTAINMENT, S.A.,<br>a/k/a ATARI, S.A.,<br><br>                        Defendant. | C.A. No. 09-610/S |

**MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION TO RESCHEDULE
HEARING ON DISCOVERY MOTIONS AND
<u>MOTION TO SEAL</u>**

Defendant Infogrames Entertainment, S.A., a/k/a Atari, S.A. ("Atari") moves to reschedule the February 17, 2011 hearing on Plaintiff Hasbro's motions to compel and Atari's motion to seal to February 28, 2011.

The Court has presently scheduled a hearing on two Hasbro motions to compel discovery responses and Atari's motion to seal documents for February 17th. It has also scheduled a status conference with Judge Smith for February 24th.

Counsel for Atari who will argue the discovery motions, Kyle Bisceglie, will be out of the country on February 17th. Local counsel, Brooks Magratten, is also scheduled to present at a CLE seminar that day.

Because the case involves several counsel from New York and California, Atari proposed that the hearing and status conference be scheduled on the same day – February 28th.[1] This

---

[1] Concurrently with the filing of this motion, counsel for Atari has requested by letter to Judge Smith a continuance of the status conference to February 28th.

amounts to an eleven day continuance of the hearing and a four day continuance of the status conference.  Hasbro refused this proposal.

For the above reasons, Atari respectfully requests a continuance of the February 17th hearing to February 28, 2011.

                          INFOGRAMES ENTERTAINMENT, S.A.
                          a/k/a ATARI, S.A.

                          By its Attorneys,

                          /s/ Brooks R. Magratten
                          Brooks R. Magratten, Esq., # 3585
                          Michael J. Daly, Esq. # 6729
                          PIERCE ATWOOD LLP
                          10 Weybosset St., Suite 400
                          Providence, RI 02903
                          (401) 588-5113 [Tel.]
                          (401) 588-5166 [Fax]
                          bmagratten@pierceatwood.com
                          mdaly@pierceatwood.com

                          Kyle Bisceglie, Esq. (pro hac vice)
                          Herbert C. Ross, Esq. (pro hac vice)
                          Peter M. Sartorius
                          OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
                          Park Ave Tower
                          65 East 55th Street
                          New York, New York 10022
                          (212) 451-2300 [Tel.]
                          kbisceglie@olshanlaw.com
                          hross@olshanlaw.com
                          psartorius@olshanlaw.com

Date: January 26, 2011

948377-5

## CERTIFICATE OF SERVICE

      This document was electronically filed with the Clerk of the Court on January 26, 2011, and is available for viewing and downloading from the Court's ECF system. Service on all counsel of record has been effectuated by electronic means.

      /s/ Brooks Magratten