(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Hasbro, Inc.
_____
Plaintiff(s)

v.                                              Dkt. No. 09-cv-610

Atari, S.A.
_____
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/**Defendant** Atari, S.A. _____ hereby moves that

Peter M. Sartorius _____ be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Brooks R. Magratten
_____
Signature of Local Counsel

| | |
|---|---|
| Brooks R. Magratten | RI Bar ID # 3585 |
| Print Name | |
| Pierce Atwood LLP | Email: bmagratten@pierceatwood.com |
| Firm and Business Address | Tel. # 401-588-5113 |
| 10 Weybosset Street, Ste. 400 | Fax # 401-588-5166 |
| Providence, Rhode Island 02903 | |

---

### ORDER

This motion is hereby _____ GRANTED _____ DENIED

_____                              _____
District Judge                                                                    Date

## CERTIFICATE OF SERVICE

This document was electronically filed with the Clerk of the Court on January 28, 2011, and is available for viewing and downloading from the Court's ECF system. Service on all counsel of record has been effectuated by electronic means.

/s/ Brooks Magratten