# EXHIBIT 11

# OLSHAN

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2255
EMAIL: HROSS@OLSHANLAW.COM

January 26, 2011

VIA ELECTRONIC EMAIL

James Bo Pearl
O'Melveny & Myers LP
1999 Avenue of the Stars
Los Angeles, CA 90067

Re: *Hasbro, Inc. v. Atari, SA*, C.A. No. 09 Civ. 610 (D.R.I.)

Dear Bo:

As indicated in my voicemail to you the evening before last, I called to discuss your January 20 letter to me, concerning Atari's responses to Interrogatories Nos. 1 through 11 in Hasbro's first set of interrogatories. To resolve the dispute as to Atari's response to Hasbro's' first set of interrogatories, while reserving all rights, Atari proposes the following:

Atari would provide an answer, on or by February 17th, to Interrogatory No. 1 in Hasbro's first set as to any potential, new Dungeons & Dragons game that was subject to substantial internal discussion at Atari at any time during the period January 1, 2009 to the date of filing of the Amended Complaint, May 3, 2010. (As Hasbro knows, a free-to-play game was launched after January 1, 2009 but it was the same game as before 2009. It only had a different billing model than previously, and therefore does not fit within the parameters of Interrogatory No. 1.) It is impracticable and unduly burdensome possible to identify potential, new games that were given less than consideration consisting of substantial internal discussion at Atari.

As to Interrogatory Nos. 2, 3, 4, and 5 in Hasbro's first set, Atari would provide an answer, on or by February 17th, as to any potential, new Dungeons & Dragons game that was subject to substantial internal discussion at Atari at any time during the above time period and that was not otherwise submitted to Hasbro through the LAS system.

As to Interrogatory Nos. 6 through 8 and 11 in Hasbro's first set, Atari would provide an answer as to any new D&D game identified in response to Interrogatory No. 1 that was commercially launched after January 1, 2009. Specifically as to Interrogatory No. 8, Atari would provide an internal Atari measurement on sales comparable to profit or net income.

1187117-3

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NJ 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

January 26, 2011
Page 2

      As to Interrogatory Nos. 9 and 10 in Hasbro's first set, Atari does not break down the amounts spent on customer service and designate persons assigned to customer service by game. Accordingly, those interrogatories do not pertain.

      Please advise if you accept the above proposal.

                                      Sincerely yours,

                                      Herbert C. Ross

cc:    Kristen Keller, Esq.
        Kyle C. Bisceglie, Esq.

1187117-3