# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., <br><br> Plaintiff, <br><br> -against- <br><br> INFOGRAMES ENTERTAINMENT, S.A. a/k/a ATARI, S.A., <br><br> Defendant. | C.A. No. 09 Civ. 610 (S) (LDA) |

## PLAINTIFF HASBRO, INC.'S NOTICE OF ERRATA AS TO DOCKET NOS. 76 & 77

Plaintiff Hasbro, Inc. ("Hasbro") hereby files this notice of errata in support of its January 31, 2011 motion to compel production of documents and interrogatory responses and to determine the sufficiency of Atari's answers and objections to Requests for Admission (the "Motion").

In the Motion and supporting Pearl declaration, Hasbro indicated that Atari agreed with Hasbro's request that the Court refer the Motion to Magistrate Judge Almond and that he schedule the hearing for the Motion for February 28, 2011 at 11:00 a.m. *See* Docket No. 76 (Motion) at p. 2; Docket No. 77 (Pearl Declaration) at p. 3, ¶ 14. At Atari's request, Hasbro hereby clarifies that Atari does not object to Hasbro's proposal that the Motion be referred to Magistrate Judge Almond and scheduled for hearing on February 28, 2011, provided that (i) Atari "has the usual time to file its objection" to the Motion; (ii) "the Court has adequate time in advance to review [Atari's] objection;" and (iii) Atari is "advised in adequate time before February 28 that argument will be had then on the" Motion. Attached hereto as Exhibit 1 is a true and correct copy of a January 30-31, 2011 email chain between Hasbro's counsel, James M. Pearl, and Atari's counsel, Mr. Herbert C. Ross, setting forth in detail Atari's position on this matter.

Dated:  February 2, 2011

                                              HASBRO, INC.
                                              By its Attorneys,

                                              */s/ Todd D. White*
                                              Todd D. White

| | |
|---|---|
| Robert M. Schwartz (*pro hac vice*) | John A. Tarantino, Esq. (#2586) |
| rschwartz@omm.com | jtarantino@apslaw.com |
| Matthew T. Kline (*pro hac vice*) | Todd D. White, Esq. (#5943) |
| mkline@omm.com | twhite@apslaw.com |
| James Bo Pearl (*pro hac vice*) | ADLER POLLOCK & SHEEHAN P.C. |
| jpearl@omm.com | One Citizens Plaza, 8th Floor |
| Drew E. Breuder (*pro hac vice*) | Providence, RI  02903-1345 |
| dbreuder@omm.com | Tel:   (401) 274-7200 |
| O'MELVENY & MYERS LLP | Fax:   (401) 351-4607 |
| 1999 Avenue of the Stars, Seventh Floor | |
| Los Angeles, California  90067-6035 | |
| Tel:   (310) 553-6700 | |
| Fax:   (310) 246-6779 | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February 2011, an electronic copy of the within document was served upon the following counsel of record via the PACER/ECF system:

Brooks R. Magratten, Esq.
bmagratten@pierceatwood.com
Michael J. Daly, Esq.
mdaly@pierceatwood.com
Pierce Atwood LLP
10 Weybosset Street, Suite 400
Providence, RI 02903

Kyle C. Bisceglie, Esq.
Kbisceglie@olshanlaw.com
Herbert C. Ross, Esq.
hross@olshanlaw.com
Peter M. Sartorius
psartorius@olshanlaw.com
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

*/s/ Todd D. White*
Todd D. White