**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HASBRO, INC.,

           Plaintiff,

-against-

INFOGRAMES ENTERTAINMENT, S.A. a/k/a ATARI, S.A.,

           Defendant.

C.A. No. 09 Civ. 610 (S) (LDA)

**PLAINTIFF HASBRO, INC.'S OBJECTION TO ATARI'S MOTION TO CONTINUE SEALING OF HASBRO'S PROPOSED SECOND AMENDED COMPLANT AND EXHIBITS 10 AND 14 TO PEARL DECLARATION**

Plaintiff Hasbro, Inc. ("Hasbro") hereby objects to the motion of defendant Atari, S.A. ("Atari") to continue the sealing of Hasbro's proposed Second Amended Complaint and exhibits 10 and 14 to the Pearl Declaration, on the grounds that the information Atari wishes to keep under seal is already publicly available and thus not a proper candidate for sealing. Hasbro also files herewith a memorandum in support of its objection to Hasbro's motion.

Dated: February 3, 2011

HASBRO, INC.
By its Attorneys,

*/s/ Todd D. White*_____
Todd D. White

Robert M. Schwartz (*pro hac vice*)
rschwartz@omm.com
Matthew T. Kline (*pro hac vice*)
mkline@omm.com
James Bo Pearl (*pro hac vice*)
jpearl@omm.com
Drew E. Breuder (*pro hac vice*)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-6035
Tel: (310) 553-6700
Fax: (310) 246-6779

John A. Tarantino, Esq. (#2586)
jtarantino@apslaw.com
Todd D. White, Esq. (#5943)
twhite@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of February 2011, an electronic copy of the within document was served upon the following counsel of record via the PACER/ECF system:

    Brooks R. Magratten, Esq.
    bmagratten@pierceatwood.com
    Michael J. Daly, Esq.
    mdaly@pierceatwood.com
    Pierce Atwood LLP
    10 Weybosset Street, Suite 400
    Providence, RI  02903

    Kyle C. Bisceglie, Esq.
    Kbisceglie@olshanlaw.com
    Herbert C. Ross, Esq.
    hross@olshanlaw.com
    Peter M. Sartorius
    psartorius@olshanlaw.com
    Olshan Grundman Frome Rosenzweig & Wolosky LLP
    Park Avenue Tower
    65 East 55th Street
    New York, NY  10022

                                          */s/ Todd D. White*
                                          Todd D. White