UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

    Plaintiff,

-against-

INFOGRAMES ENTERTAINMENT, S.A. a/k/a ATARI, S.A.,

    Defendant.

C.A. No. 09 Civ. 610 (S) (LDA)

## SUPPLEMENTAL DECLARATION OF JAMES M. PEARL

I, James M. Pearl, declare and state:

1. I am a member of the State Bar of California and am admitted to practice before the Courts of that State and the Central District of California. I am admitted *pro hac vice* to the District of Rhode Island. I am a partner of the law firm of O'Melveny & Myers LLP, counsel of record for Plaintiff and Counterclaim-Defendant Hasbro, Inc. ("Hasbro"), in the above-captioned action. I make this supplemental declaration in support of Hasbro's Motion to Compel Atari, S.A. ("Atari") to Produce a Rule 30(b)(6) Witness to Testify Regarding All Topics Contained in Hasbro's 30(b)(6) Notice of Taking Deposition (the "Motion"). I have personal knowledge of the matters stated herein, and I could and would testify competently to them if called as a witness.

1

2.      Prior to the filing of the Motion, Hasbro produced to Atari approximately 2,750 documents, bearing bates-range numbers WIZ00000001–WIZ00002751.  On January 21, 2011, Hasbro produced to Atari approximately 25,000 additional documents, bearing bates-range numbers HAS00000001–HAS00181516.

Executed in Los Angeles, California on this 3rd day of February 2011.

By: *(signature)*
James M. Pearl

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2011, an electronic copy of the within document was served upon the following counsel of record via the PACER/ECF system:

Brooks R. Magratten, Esq.
bmagratten@pierceatwood.com
Michael J. Daly, Esq.
mdaly@pierceatwood.com
Pierce Atwood LLP
10 Weybosset Street, Suite 400
Providence, RI 02903

Kyle C. Bisceglie, Esq.
Kbisceglie@olshanlaw.com
Herbert C. Ross, Esq.
hross@olshanlaw.com
Peter M. Sartorius
psartorius@olshanlaw.com
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

                                         /s/ Todd D. White
                                         Todd D. White