UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>       Plaintiff,<br><br>    -against-<br><br>INFOGRAMES ENTERTAINMENT, S.A. a/k/a ATARI, S.A., ATARI, INC., and ATARI INTERACTIVE, INC.,<br><br>       Defendants. | C.A. No. 09 Civ. 610 (S) (LDA) |

## STIPULATION OF DISMISSAL

By agreement of the parties, plaintiff Hasbro, Inc.'s claims and counterclaim-plaintiff Atari, S.A.'s counterclaims are dismissed in their entirety with prejudice, with no interest and no costs to be awarded to either party.

Dated: August 12, 2011

| | |
|---|---|
| HASBRO, INC.<br>By its Attorneys,<br><br>*/s/ John A. Tarantino*<br><u>John A. Tarantino</u><br><br>John A. Tarantino, Esq. (#2586)<br>jtarantino@apslaw.com<br>Todd D. White, Esq. (#5943)<br>twhite@apslaw.com<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI  02903-1345<br>Tel:    (401) 274-7200<br>Fax:    (401) 351-4607 | INFOGRAMES ENTERTAINMENT, S.A.<br>a/k/a ATARI, S.A.<br>By its Attorneys,<br><br>*/s/ Brooks R. Magratten*<br>Brooks R. Magratten<br><br>Brooks R. Magratten, Esq. (#3585)<br>bmagratten@pierceatwood.com<br>Michael J. Daly, Esq. (#6729)<br>mdaly@pierceatwood.com<br>PIERCE ATWOOD LLP<br>10 Weybosset Street, Suite 400<br>Providence, RI  02903-1345<br>Tel:    (401) 588-5113<br>Fax:    (401) 588-5166 |

| | |
|---|---|
| Robert M. Schwartz (*pro hac vice*) <br> rschwartz@omm.com <br> James Bo Pearl (*pro hac vice*) <br> jpearl@omm.com <br> Drew E. Breuder (*pro hac vice*) <br> dbreuder@omm.com <br> O'MELVENY & MYERS LLP <br> 1999 Avenue of the Stars, Seventh Floor <br> Los Angeles, California  90067-6035 <br> Tel:     (310) 553-6700 <br> Fax:    (310) 246-6779 | Kyle C. Bisceglie, Esq. (*pro hac vice*) <br> Kbisceglie@olshanlaw.com <br> Herbert C. Ross, Esq. (*pro hac vice*) <br> hross@olshanlaw.com <br> Peter M. Sartorius <br> psartorius@olshanlaw.com <br> OLSHAN GRUNDMAN FROME <br> ROSENZWEIG & WOLOSKY LLP <br> Park Avenue Tower <br> 65 East 55th Street <br> New York, NY  10022 <br>              Tel:     (212) 451-2300 <br><br> Fax:     (212) 451-2222 |

**IT IS SO ORDERED.**

DATED: _____     _____

                                                                    HON. WILLIAM E. SMITH <br>
                                                                    United States District Court Judge